ARMIN BENCOE, Appellant, *v.* ROBERT E. McDONNELL et al., Respondents.

(Argued April 10, 1933; decided April 18, 1933.)

*William F. Unger* for motion.
*James Marshall* opposed.
Motion denied, with ten dollars costs.